# United States District Court
# Southern District of Georgia
# Savannah Division

REGINALD V. JOHNSON, II,       )
                                )
    Plaintiff,              )
                                )
v.                              )      CV418-50
                                )
JUDY FITZGERALD, *Commissioner* )
*of Georgia Department of*      )
*Behavioral Health and*         )
*Developmental Disabilities*,   )
                                )
    Defendant.              )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, Plaintiff's claims for punitive damages are dismissed, and Commissioner Judy Fitzgerald, in her official capacity, is substituted as Defendant.

**SO ORDERED** this ___23___ day of July, 2018.

                        HON. LISA GODBEY WOOD, JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA