IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REGINALD V. JOHNSON, II,

    Plaintiff,

v.

JUDY FITZGERALD, in her official capacity as the Commissioner of the Georgia Department of Behavioral Health and Disabilities,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-50

## O R D E R

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 57), to which Plaintiff filed Objections, (doc. 58). Plaintiff's Objections largely reiterate arguments that he has already made in this case and the Magistrate Judge correctly rejected. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation, (doc. 57), as the opinion of the Court. For the reasons stated by the Magistrate Judge, the Court **DENIES** Plaintiff's Motion for a preliminary injunction. (Doc. 27.)

**SO ORDERED**, this 15th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA