# United States District Court
## Southern District of Georgia

REGINALD V. JOHNSON, II,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-50

JUDY FITZGERALD, COMMISSIONER,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 27, 2019, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, Plaintiff's Complaint is dismissed for lack of subject matter jurisdiction. This case stands closed.

Approved by: _/s/_____

October 2, 2019
Date

Scott L. Poff
Clerk

_/s/ James R. Burnell_
(By) Deputy Clerk