# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| REGINALD V. JOHNSON, II, <br><br> Plaintiff, <br><br> v. <br><br> JUDY FITZGERALD, COMMISSIONER, <br><br> Defendant. | CIVIL ACTION NO.: 4:18-cv-50 |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit, **IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 31st day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA